JS-6

Julia Azrael (Bar No. 109049)
John S. Curtis (Bar No. 50350)
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone: (818) 766-5177
Facsimile: (818) 766-5047

Attorneys for Defendant PROGRESSIVE CHOICE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARID BENAM,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PROGRESSIVE INSURANCE, COMPANY, INC. AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>　　　　Defendants. | CASE NO. EDCV12-0919 (VAP)(OPx)<br><br>Case Assigned to the Honorable Virginia A. Phillips – Ctrm. 2<br><br>[Complaint Filed December 27, 2011]<br><br>[~~PROPOSED~~] ORDER RE REMOVAL AND REMAND<br><br>Discovery Cutoff: None<br>Motion Cutoff:　　None<br>Trial Date:　　　　None |

　　　　The Court, having considered the Stipulation of plaintiff Farid Benam and defendant Progressive Choice Insurance Company hereby orders that plaintiff's motion for remand shall be taken off calendar; and, further, that the above entitled action shall be remanded to the Superior Court of California for the County of Riverside, case number INC 1110299; each side to bear its own costs and attorney fees.

**IT IS SO ORDERED.**

DATED: June 28 2012

_Virginia A. Phillips_
VIRGINIA A. PHILLIPS
Judge of the United States District Court

- 1 -
[Proposed] Order Re Removal and Remand